In the Matter of the Accounting of EMMA E. HAAR, as Administratrix with the Will Annexed of the Estate of GEORGE HAAR, Deceased, Respondent.

LESTER F. J. MOLLER et al., as Executors of ANNIE J. HAAR, Deceased, Appellants.

(Argued May 21, 1934; decided June 5, 1934.)

*Peter Maynard Horn* for appellants.

*Burt L. Rich* for respondent.

Order affirmed, with costs payable out of the estate of Annie J. Haar, deceased; no opinion.

Concur: POUND, Ch. J., LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: CRANE, J.